JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAND & NAIL HARMONY, INC., and NAIL ALLIANCE, LLC, | Case No.: SACV 13-01021-JLS (RNBx) |
| Plaintiffs | **STIPULATED JUDGMENT** |
| v. | *Honorable Josephine L. Staton* |
| IYNA LENGUYEN, an individual, DIAMOND BEAUTY SUPPLY, GUANGZHOU COCOME COSMETICS CO., a Chinese business entity of unknown legal status, IDO, a Chinese business entity of unknown legal status, and TNT EXPRESS N.V., a Netherlands Corporation TNT USA INC., a Delaware Corporation, and DOES 1-10, inclusive, | |
| Defendants. | |

Plaintiffs Hand & Nail Harmony, INC. ("Harmony") and Nail Alliance, LLC ("Nail Alliance") (collectively, "Plaintiffs"), and Defendants Iyna Lenguyen ("Lenguyen") and Diamond Beauty Supply (collectively "Defendants") (Plaintiffs and Defendants are collectively referred to as the "Parties") having reached an agreement for the purpose of compromising and resolving the disputes between them and having consented to the entry of this Order, either personally or through their undersigned

counsel, and after consideration, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1.      Lenguyen and Diamond Beauty Supply have accepted service of the Complaint in this suit, and hereby submit to the personal jurisdiction of this Court.

2.      Nail Alliance owns all right, title and interest in the GELISH marks, as identified in Paragraphs 18-21 of the Complaint ("the GELISH marks"), including without limitation, United States Trademark Registration Numbers 4,096,115 (GELISH standard character mark) and 3,857,946 (GELISH design plus words) for use in nail care applications. True and correct copies of the GELISH marks certificates of registration are set forth at Exhibit A to this Stipulated Judgment.

3.      The GELISH marks are valid and enforceable.

4.      Pursuant to an exclusive license agreement, Harmony has the exclusive, worldwide right to use the GELISH marks.

5.      Harmony has further distinguished its products with unforgettable, artistic and visually beautiful bottle designs and ornamentation ("GELISH bottle"). Harmony's GELISH bottle has clean lines, distinctive scroll artwork on a white background and the dominant GELISH marks above a circular color window, as illustrated in Exhibit B.

6.      In addition, the GELISH bottle design is covered by United States Design Patent D 656,824 issued on April 3, 2012 (the '824 patent). The '824 patent is in force and is entitled to protection under federal and common law. Harmony owns all right, title, and interest to the '824 patent. A copy of the '824 patent is attached to this Stipulated Judgment as Exhibit C.

7.      Lenguyen and Diamond Beauty Supply have been promoting, distributing and selling counterfeits of Harmony's GELISH soak-off gel polishes (the "Counterfeit Merchandise") from a storefront located at 14092 Brookhurst Street, Garden Grove, California 92843.

8.     Lenguyen and Diamond Beauty Supply purchase the Counterfeit Merchandise they sell from two Chinese business entities, Guangzhou Cocome Cosmetics Co. ("Cocome") and IDO.

9.     The Counterfeit Merchandise manufactured by Cocome and IDO bear Harmony's GELISH trademarks and are decorated with Harmony's trade dress in a way that is calculated to—and surely does—deceive consumers of authentic GELISH.

10.     The Parties desire to settle and have amicably resolved their dispute to each of their satisfaction, and have memorialized the terms of such settlement in a Settlement Agreement, executed on August 6, 2013.

### <u>RELIEF GRANTED TO PLAINTIFF:</u>

11.     All references to Diamond Beauty Supply include Diamond Beauty Supply's officers, agents, owners, servants, employees and attorneys.

12.     Lenguyen, Diamond Beauty Supply, and all persons in active concert and participation with them are hereby permanently restrained and enjoined from:

(a)     distributing, selling, offering for sale, holding for sale or advertising any products, merchandise or goods bearing the trademarks, logos and other indicia of the GELISH goods or any colorable variation or imitation thereof, or any goods comprising the ornamental designs claimed in the '824 patent; and

(b)     representing that any products, merchandise or goods distributed, sold, held for sale or advertised by them is sponsored or authorized by Harmony and/or Nail Alliance in this district or any other district in which Plaintiffs seek to enforce this Court's Injunction Order;

(c)     diluting, blurring, passing off or falsely designating the origin of any of the GELISH marks and from injuring Plaintiffs' goodwill and reputation; and

(d)     doing any other act or thing likely to induce the belief that the products sold by Lenguyen and Diamond Beauty Supply are in any way connected with, sponsored, affiliated, licensed, or endorsed by Harmony and/or Nail Alliance;

13. The Parties shall have the right to seek sanctions for contempt, compensatory damages, injunctive relief, attorneys' fees, costs, and such other relief as deemed proper in the event of a violation or failure to comply with any of the provisions hereof. The prevailing party in any such proceeding shall be entitled to recover its attorneys' fees and costs.

14. The Parties shall each bear their respective attorneys' fees and costs incurred in connection with this action.

15. The Parties unconditionally agree to waive any and all right of appeal they may have in connection with the findings and orders contained in this Stipulated Judgment and its entry by the Court.

16. This Court will retain continuing jurisdiction over this cause to enforce the terms of this Stipulated Judgment and Permanent Injunction and the Settlement Agreement.

**SO ORDERED:**

Dated: August 1, 2014

_____
Honorable Josephine L. Staton
United States District Judge

# EXHIBIT A

# United States of America

## United States Patent and Trademark Office

# GELISH

Reg. No. 4,096,115

Registered Feb. 7, 2012

Int. Cl.: 3

TRADEMARK

PRINCIPAL REGISTER

DANNY HAILE (UNITED STATES INDIVIDUAL)
12852 LARRY LYNN DRIVE
LA MIRADA, CA 90638

FOR: NAIL CARE PREPARATIONS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 9-12-2009; IN COMMERCE 9-12-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,857,946.

SER. NO. 85-354,456; FILED 6-23-2011.

DAVID MURRAY, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

Requirements in the First Ten Years*
What and When to File:

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k.  If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date; unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

Requirements in Successive Ten-Year Periods*
What and When to File:

> You must file a Declaration of Use (or Excusable Nonuse)  and an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

Grace Period Filings*

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.

---

*ATTENTION MADRID PROTOCOL REGISTRANTS: The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date).  The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the
USPTO website for further information.  With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at http://www.uspto.gov.

Page: 2 / RN # 4,096,115

# United States of America

## United States Patent and Trademark Office



Reg. No. 3,857,946

Registered Oct. 5, 2010

Int. Cl.: 3

TRADEMARK

PRINCIPAL REGISTER

DANNY HAILE (UNITED STATES INDIVIDUAL)
12852 LARRY LYNN DRIVE
LA MIRADE, CA 90638

FOR: NAIL CARE PREPARATIONS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 9-12-2009; IN COMMERCE 9-12-2009.

THE MARK CONSISTS OF THE WORDING "GELISH" IN STYLIZED LETTERING WITH TWO LEAVES CONNECTING TO A SCROLL-LIKE DESIGN CROSSING OVER THE WORDING.

SN 77-776,875, FILED 7-8-2009.

JULIE VEPPUMTHARA, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

# EXHIBIT B




# EXHIBIT C



US00D656824S

(12) **United States Design Patent**     (10) Patent No.:     **US D656,824 S**
Haile                                    (45) Date of Patent:     ** *Apr. 3, 2012

(54) **BOTTLE WITH TRANSPARENT WINDOW**

(76) Inventor: Danny Lee Haile, La Mirada, CA (US)

(*) Notice: This patent is subject to a terminal disclaimer.

(**) Term: 14 Years

(21) Appl. No.: 29/379,630

(22) Filed: Nov. 22, 2010

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 29/350,948, filed on Nov. 25, 2009, now abandoned.

(30) **Foreign Application Priority Data**

May 25, 2010   (JP) .............................. 2010-012837

(51) LOC (9) Cl. .................................................. 09-01
(52) U.S. Cl. ..................................... D9/503; D9/551
(58) Field of Classification Search ................. D9/418,
D9/434, 500, 502–505, 516, 549–550, 558,
D9/571, 574–575, 715, 718–719, 551, 564;
D4/116; D28/4, 7, 76–77, 99; 206/15.2,
206/15.3; 401/129; 215/379, 381–382; 220/660,
220/669, 675
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D28,240 S | 2/1898 | Wellhouse |
| D68,779 S | 11/1925 | Gibson |
| D69,493 S | 2/1926 | Ciardi |
| D73,190 S | 8/1927 | Mezitis |
| D76,350 S | 9/1928 | Love et al. |
| D78,110 S | 3/1929 | Lancet |
| D121,927 S | 8/1940 | Miller, Jr. |
| 2,249,832 A | 7/1941 | Hubschman |
| D157,414 S | 2/1950 | Parentics |
| D162,721 S | 4/1951 | Ferraro |

| | | | |
|---|---|---|---|
| D168,416 S | | 12/1952 | McGinnis |
| 3,337,901 A | | 8/1967 | Schefer et al. |
| 3,361,304 A | | 1/1968 | Thompson |
| 3,362,587 A | | 1/1968 | Postel |
| D214,159 S | * | 5/1969 | Hart et al. .............. D9/503 |
| D259,252 S | * | 5/1981 | Acker ..................... D4/116 |
| D298,514 S | | 11/1988 | Dols et al. |
| D326,339 S | * | 5/1992 | Sherman et al. ....... D28/66 |
| D330,859 S | | 11/1992 | Schaeffer |
| D332,919 S | * | 2/1993 | Turnbull et al. ........ D9/500 |
| D333,428 S | | 2/1993 | Gobe |
| D363,375 S | * | 10/1995 | Arntsen ................. D4/116 |
| D365,751 S | | 1/1996 | Hsu |
| D399,658 S | | 10/1998 | Nosella |
| D422,219 S | | 4/2000 | Gobe |
| D429,154 S | * | 8/2000 | Chang .................... D9/503 |
| D431,779 S | | 10/2000 | Nosella |
| D449,228 S | * | 10/2001 | Nosella ................. D9/500 |
| D449,531 S | * | 10/2001 | Cooley ................... D9/500 |
| D476,237 S | * | 6/2003 | Canepa ................. D9/545 |
| D476,901 S | * | 7/2003 | Crawford ............... D9/557 |
| D477,066 S | | 7/2003 | Lonczak et al. |
| D479,134 S | | 9/2003 | Murata |
| D487,703 S | | 3/2004 | Orsomando |
| D488,064 S | * | 4/2004 | Crawford ............... D9/502 |

(Continued)

*Primary Examiner* — Ian Simmons
*Assistant Examiner* — Dana L Sipos
(74) *Attorney, Agent, or Firm* — Feldman Gale, P.A.; Walter C. Frank

(57)               **CLAIM**

The ornamental design for a "bottle with transparent window," as shown and described.

**DESCRIPTION**

FIG. 1 is a front elevation view of a bottle with transparent window showing my new design;
FIG. 2 is a rear elevation view thereof;
FIG. 3 is a right side elevation view thereof;
FIG. 4 is a top plan view thereof; and,
FIG. 5 is a bottom plan view thereof.

1 Claim, 2 Drawing Sheets





## US D656,824 S
### Page 2

| U.S. PATENT DOCUMENTS | | | | | |
|---|---|---|---|---|---|
| D499,019 S | * | 11/2004 | Sagmeister et al. ........... D9/418 | D563,798 S | 3/2008 | Gibson et al. |

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D499,019 S | * | 11/2004 | Sagmeister et al. ........... D9/418 |
| D510,083 S | * | 9/2005 | Kasdan ...................... D14/207 |
| D538,479 S | | 3/2007 | Martinez |
| D543,113 S | | 5/2007 | Mongeon et al. |
| D543,114 S | | 5/2007 | Mongeon et al. |
| D543,459 S | * | 5/2007 | Konieczny ................... D9/505 |
| D556,040 S | | 11/2007 | Kawashima et al. |
| D556,043 S | | 11/2007 | Rabie |
| D560,508 S | | 1/2008 | Lepoltevin |
| D563,798 S | | 3/2008 | Gibson et al. |
| D568,753 S | | 5/2008 | Woolf |
| D569,734 S | * | 5/2008 | Imperato et al. ........... D9/560 |
| D598,289 S | | 8/2009 | Taylor |
| D600,194 S | | 9/2009 | Black |
| D607,728 S | | 1/2010 | Berger et al. |
| D613,173 S | | 4/2010 | Bansal |
| D617,206 S | | 6/2010 | Shaw et al. |

* cited by examiner

U.S. Patent          Apr. 3, 2012          Sheet 1 of 2          US D656,824 S



FIG. 3



FIG. 2



FIG. 1



FIG. 4



FIG. 5